UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HECTOR JENKINS,
    Plaintiff,

v.                                                      CIVIL ACTION NO. 16-11548-PBS

BOSTON HOUSING COURT OF THE
COMMONWEALTH OF MASSACHUSETTS,
THE MASSACHUSETTS TRIAL COURT,
    Defendant.

REPORT AND RECOMMENDATION ON
DEFENDANT THE HOUSING COURT DEPARTMENT
OF THE CITY OF BOSTON OF
THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS'
MOTION FOR RECONSIDERATION (#69).

KELLEY, U.S.M.J.

    The facts of this case have been extensively detailed in the prior Reports and Recommendations (*see, e.g.,* ##43, 60) and the Memorandum and Order (#66). General familiarity by the reader is presumed, although specific facts necessary to resolve the motion at hand will be recited.

    In March 2017, this court issued a Report and Recommendation ("R&R") (#43) recommending that the motion to dismiss the amended complaint filed by Boston Housing Court of the Commonwealth of Massachusetts, the Massachusetts Trial Court ("BHC") be allowed in its

1

[Handwritten margin note: 7/9/18 I accept the report and recommendation and deny the motion for reconsideration. Paul B Saris]