UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HECTOR JENKINS,               *
                                    *
           Plaintiff,     *
                                    *
                                    *
            v.             *        Civil Action
                                    *   No. 1:16-cv-11548-PBS
                                    *
HOUSING COURT DEPARTMENT,    *
CITY OF BOSTON DIVISION,     *
A SECTION OF THE TRIAL      *
COURT OF THE COMMONWEALTH   *
OF MASSACHUSETTS,
 
           Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

SARIS, D.J.

After a review of the objection, I adopt the report and recommendation. While plaintiff alleges certain racial comments by Mr. Neville, there is no evidence that either Mr. Burke or Chief Justice Sullivan terminated plaintiff based on racial or retaliatory motivation.  I allow the motion for summary judgment.

1/10/2020                      By the Court,

Date

                                      /s/ Miguel A. Lara
                                    Deputy Clerk